Decided September 9, 1999

STATE OF CONNECTICUT *v.* CHRISTINE GONDA

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 842 (AC 17400), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*James Moreno*, special public defender, in support of the petition.

*Richard F. Jacobson,* supervisory assistant state's attorney, in opposition.

Decided September 9, 1999